**TRANSOUT**

# U.S. Bankruptcy Court
## Northern District of Texas (Dallas)
### Adversary Proceeding #: 18-03069-hdh

*Assigned to:* Harlin DeWayne Hale                 *Date Filed:* 05/07/18
*Lead BK Case:* <u>17-33964</u>                    *Date of Intradistrict Transfer:* 05/07/18
*Lead BK Title:* Think Finance, LLC
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:* 91 Declaratory judgment
                     01 Determination of removed claim or cause

**Plaintiff**
-------------------

**Darlene Gibbs**                    represented by **Thad Bartholow**
                                     Kellett & Bartholow PLLC
                                     11300 N Central Expressway, Ste 301
                                     Dallas, TX 75243
                                     214-696-9000
                                     Fax : 214-696-9001
                                     Email: <u>thad@kblawtx.com</u>

                                     **Theodore Ohmstede Bartholow, III**
                                     Kellett & Bartholow PLLC
                                     11300 N. Central Expressway, Suite 301
                                     Dallas, TX 75243
                                     (214) 696-9000
                                     Fax : (214) 696-9001
                                     Email: <u>thad@kblawtx.com</u>

                                     **Leonard Bennett**
                                     Consumer Litigation Associates, P.C.
                                     763 J. Clyde Morris Blvd., Suite 1A
                                     Newport News, VA 23601
                                     757-930-3660
                                     Fax : 757-930-3662
                                     Email: <u>lenbennett@clalegal.com</u>

                                     **Andrew Guzzo**
                                     Kelly & Crandall, PLC
                                     3925 Chain Bridge Road
                                     Fairfax, VA 22030
                                     703-424-7576
                                     Email: <u>aguzzo@kellyandcrandall.com</u>

                                     **Elizabeth Hanes**
                                     Consumer Litigation Associates, P.C.
                                     763 J. Clyde Morris Blvd., Suite 1A

Newport News, VA 23601
757-930-3660
Fax : 757-930-3662
Email: elizabeth@clalegal.com

**Karen L Kellett**
Kellett & Bartholow PLLC
11300 Central Expressway, Ste 301
Dallas, TX 75243
214-696-9000
Fax : 214-696-9001
Email: kkellett@kblawtx.com

**Kristi Cahoon Kelly**
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7570
Fax : (703) 591-1579
Email: kkelly@kellyandcrandall.com
*LEAD ATTORNEY*

**Craig Carley Marchiando**
Consumer Litigation Associates
763 J Clyde Morris Boulvevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax : 757-930-3662
Email: craig@clalegal.com

**Casey S. Nash**
Kelly & Crandall, PLC
3925 Chain Bridge Road Ste 202
Fairfax, VA 22030
703-424-7570
Fax : 703-591-0167
Email: casey@kellyandcrandall.com

**James Wilson Speer**
Virginia Poverty Law Center
919 E Main Street, Ste. 610
Newport News, VA 23219
804-782-9430
Fax : 804-649-0974
Email: jay@vplc.org

**Caitlyn Nicole Wells**
Kellett & Bartholow PLLC
11300 N. Central Expwy., Ste. 301
Dallas, TX 75243
(214) 696-9000
Fax : (214) 696-9001

U.S. Bankruptcy Court - Northern District of Texas

Email: caitlyn@kblawtx.com

**Plaintiff**

---------------------

**Stephanie Edwards**    represented by **Thad Bartholow**
             (See above for address)

             **Theodore Ohmstede Bartholow, III**
             (See above for address)

             **Leonard Bennett**
             (See above for address)

             **Andrew Guzzo**
             (See above for address)

             **Elizabeth Hanes**
             (See above for address)

             **Karen L Kellett**
             (See above for address)

             **Kristi Cahoon Kelly**
             (See above for address)
             *LEAD ATTORNEY*

             **Craig Carley Marchiando**
             (See above for address)

             **Casey S. Nash**
             (See above for address)

             **James Wilson Speer**
             Virginia Poverty Law Center
             919 E Main Street, Ste. 610
             Newport News, VA 23601
             804-782-9430
             Fax : 804-649-0974
             Email: jay@vplc.org
             *LEAD ATTORNEY*

             **Caitlyn Nicole Wells**
             (See above for address)

**Plaintiff**

---------------------

**Lula Williams**    represented by **Thad Bartholow**
             (See above for address)

             **Theodore Ohmstede Bartholow, III**
             (See above for address)

U.S. Bankruptcy Court - Northern District of Texas

**Leonard Bennett**
(See above for address)
*LEAD ATTORNEY*

**Andrew Guzzo**
(See above for address)

**Elizabeth Hanes**
(See above for address)

**Karen L Kellett**
(See above for address)

**Kristi Cahoon Kelly**
(See above for address)
*LEAD ATTORNEY*

**Craig Carley Marchiando**
(See above for address)

**Casey S. Nash**
(See above for address)

**James Wilson Speer**
(See above for address)

**Caitlyn Nicole Wells**
(See above for address)

*Plaintiff*
-------------------------
**Patrick Inscho**                                represented by  **Thad Bartholow**
(See above for address)

**Theodore Ohmstede Bartholow, III**
(See above for address)

**Leonard Bennett**
(See above for address)

**Andrew Guzzo**
(See above for address)

**Elizabeth Hanes**
(See above for address)

**Karen L Kellett**
(See above for address)

**Kristi Cahoon Kelly**
(See above for address)
*LEAD ATTORNEY*

**Craig Carley Marchiando**
(See above for address)

**Casey S. Nash**
(See above for address)

**James Wilson Speer**
(See above for address)
*LEAD ATTORNEY*

**Caitlyn Nicole Wells**
(See above for address)

*Plaintiff*
**----------------------**
**Lawrence Mwethuku**                  represented by **Thad Bartholow**
(See above for address)

**Theodore Ohmstede Bartholow, III**
(See above for address)

**Leonard Bennett**
(See above for address)
*LEAD ATTORNEY*

**Andrew Guzzo**
(See above for address)

**Elizabeth Hanes**
(See above for address)

**Karen L Kellett**
(See above for address)

**Kristi Cahoon Kelly**
(See above for address)
*LEAD ATTORNEY*

**Craig Carley Marchiando**
(See above for address)

**Casey S. Nash**
(See above for address)

**James Wilson Speer**
(See above for address)

**Caitlyn Nicole Wells**
(See above for address)

V.

**Defendant**
------------------------

**Kenneth Rees**                              represented by **H Joseph Acosta**
                                              Dorsey & Whitney LLP
                                              300 Crescent Court
                                              Suite 400
                                              Dallas, TX 75201
                                              214-981-9959
                                              Fax : 214-853-5887
                                              Email: acosta.joseph@dorsey.com

                                              **David Neal Anthony**
                                              Troutman Sanders LLP (Richmond)
                                              Troutman Sanders Bldg
                                              1001 Haxall Point
                                              PO Box 1122
                                              Richmond, VA 23218
                                              804-697-5410
                                              Fax : 804-698-5118
                                              Email: david.anthony@troutmansanders.com
                                              *LEAD ATTORNEY*

                                              **Jonathan Boughrum**
                                              Montgomery McCracken Walker & Rhoads LLP
                                              Avenue of the Arts
                                              123 S Broad Street
                                              Philadelphia, PA 19109
                                              215-772-1500
                                              Fax : 215-772-7620
                                              Email: jboughrum@mmwr.com

                                              **John Mark Chevallier**
                                              McGuire, Craddock & Strother, P.C.
                                              500 N. Akard, Suite 2200
                                              Dallas, TX 75201
                                              (214) 954-6800
                                              Fax : (214) 954-6868
                                              Email: mchevallier@mcslaw.com

                                              **Richard W. Engel, Jr.**
                                              Armstrong Teasdale
                                              7700 Forsyth Blvd. Suite 1800
                                              St. Louis, MO 6315
                                              314-621-5070
                                              Email: reangel@armstrongteasdale.com

                                              **David F Herman**
                                              Montgomery McCracken Walker & Rhoads LLP
                                              123 S. Broad St
                                              Philadelphia, PA 19109
                                              215-772-7614
                                              Fax : 215-772-7620
                                              Email: dherman@mmwr.com

**Richard L. Scheff**
Montgomery, McCracken, Walker & Rhoad, L
Avenue of the Arts
123 South Broad St
Philadelphia, PA 19109
215-772-1500
Fax : 215-772-7620
Email: rscheff@mmwr.com

**Timothy James St. George**
Troutman Sanders LLP (Richmond)
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
804-697-1254
Email: tim.stgeorge@troutmansanders.com

**Defendant**
------------------------

**Think Finance, Inc.**                    represented by **David Neal Anthony**
*TERMINATED: 01/21/2020*                   (See above for address)
                                           *TERMINATED: 01/21/2020*
                                           *LEAD ATTORNEY*

                                           **Matthew Owen Gatewood**
                                           Eversheds Sutherland (US) LLP (DC)
                                           700 Sixth St., NW
                                           Suite 700
                                           Washington, DC 20001
                                           202-383-0001
                                           Fax : 202-637-3593
                                           Email: mattgatewood@eversheds-sutherland.com
                                           *TERMINATED: 01/21/2020*

                                           **Gregory Getty Hesse**
                                           Hunton Andrews Kurth LLP
                                           1445 Ross Avenue
                                           Suite 3700
                                           Dallas, TX 75202-2799
                                           214-468-3300
                                           Fax : 214-468-3599
                                           Email: ghesse@HuntonAK.com
                                           *TERMINATED: 01/21/2020*

                                           **Kymberly Kochis**
                                           Eversheds Sutherland (US) LLP (NY)
                                           The Grace Building, 40th Floor
                                           1114 Avenue of the Americas
                                           New York, NY 10036-7703
                                           212-389-5000
                                           Fax : 212-389-5099

Email: kymberlykochis@eversheds-sutherland.com
*TERMINATED: 01/21/2020*

**Timothy James St. George**
(See above for address)
*TERMINATED: 01/21/2020*

**Lewis Steven Wiener**
Eversheds Sutherland (US) LLP (DC)
700 Sixth Street, NW
Suite 700
Washington, DC 20001
(202) 383-0100
Fax : (202) 637-3593
Email: lewiswiener@eversheds-sutherland.com
*TERMINATED: 01/21/2020*

*Defendant*
--------------------

**Think Finance SPV LLC**
*TERMINATED: 01/21/2020*

represented by **David Neal Anthony**
(See above for address)
*TERMINATED: 01/21/2020*
*LEAD ATTORNEY*

**Matthew Owen Gatewood**
(See above for address)
*TERMINATED: 01/21/2020*

**Gregory Getty Hesse**
(See above for address)
*TERMINATED: 01/21/2020*

**Kymberly Kochis**
(See above for address)
*TERMINATED: 01/21/2020*

**Timothy James St. George**
(See above for address)
*TERMINATED: 01/21/2020*

**Lewis Steven Wiener**
(See above for address)
*TERMINATED: 01/21/2020*

*Defendant*
--------------------

**TC Decison Sciences LLC**
*TERMINATED: 01/21/2020*

represented by **David Neal Anthony**
(See above for address)
*TERMINATED: 01/21/2020*
*LEAD ATTORNEY*

**Matthew Owen Gatewood**

(See above for address)
*TERMINATED: 01/21/2020*

**Gregory Getty Hesse**
(See above for address)
*TERMINATED: 01/21/2020*

**Kymberly Kochis**
(See above for address)
*TERMINATED: 01/21/2020*

**Timothy James St. George**
(See above for address)
*TERMINATED: 01/21/2020*

**Lewis Steven Wiener**
(See above for address)
*TERMINATED: 01/21/2020*

*Defendant*
----------------------

**TC Loan Service LLC**                    represented by **David Neal Anthony**
*TERMINATED: 01/21/2020*                   (See above for address)
                                           *TERMINATED: 01/21/2020*
                                           *LEAD ATTORNEY*

                                           **Matthew Owen Gatewood**
                                           (See above for address)
                                           *TERMINATED: 01/21/2020*

                                           **Gregory Getty Hesse**
                                           (See above for address)
                                           *TERMINATED: 01/21/2020*

                                           **Kymberly Kochis**
                                           (See above for address)
                                           *TERMINATED: 01/21/2020*

                                           **Timothy James St. George**
                                           (See above for address)
                                           *TERMINATED: 01/21/2020*

                                           **Lewis Steven Wiener**
                                           (See above for address)
                                           *TERMINATED: 01/21/2020*

*Defendant*
----------------------

**Tailwind Marketing, LLC**                represented by **David Neal Anthony**
5080 Spectrum Drive                        (See above for address)
Suite 700W                                 *TERMINATED: 01/21/2020*
Addison, TX 75001                          *LEAD ATTORNEY*

Tax ID / EIN: 26-3811602
*TERMINATED: 01/21/2020*

**Matthew Owen Gatewood**
(See above for address)
*TERMINATED: 01/21/2020*

**Gregory Getty Hesse**
(See above for address)
*TERMINATED: 01/21/2020*

**Kymberly Kochis**
(See above for address)
*TERMINATED: 01/21/2020*

**Timothy James St. George**
(See above for address)
*TERMINATED: 01/21/2020*

**Lewis Steven Wiener**
(See above for address)
*TERMINATED: 01/21/2020*

*Defendant*
-------------------

**GPL Servicing**
*TERMINATED: 01/21/2020*

represented by **Dawn` Marie Canty**
Katten Muchin Rosenman LLP (IL-NA)
525 W Monreo St., Ste. 1600
Chicago, IL 60661-3693
312-902-5253
Fax : 312-577-8607
Email: dawn.canty@kattanlaw.com
*TERMINATED: 01/21/2020*

**Bryan Alan Fratkin**
McGuireWoods LLP (Richmond)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804-775-4352
804-698-2100
Email: bfratkin@mcguirewoods.com
*TERMINATED: 01/21/2020*
*LEAD ATTORNEY*

**J Matthews Haws**
Kattan Muchin Rosenman LLP (IL-NA)
525 W Monroe St., Ste. 1600
Chicago, IL 60661-3693
312-902-5319
Fax : 312-902-1061
Email: matthew.haws@kattanlaw.com
*TERMINATED: 01/21/2020*

**Aaron Harvey Marks**

Kirkland & Ellis LLP (NY-NA)
601 Lexington Ave
New York, NY 10022
212-446-4856
Fax : 212-446-4900
Email: aaron.marks@kirkland.com
*TERMINATED: 01/21/2020*
*LEAD ATTORNEY*

**Ashley Partin Peterson**
McGuireWoods LLP (Richmond)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804-775-1190
Fax : 804-698-2091
Email: apeterson@mcguirewoods.com
*TERMINATED: 01/21/2020*
*LEAD ATTORNEY*

**Daniel Peter Shapiro**
Katten Muchin Rosenman LLP (IL-NA)
525 W Monroe St., Ste. 1600
Chicago, IL 60661-3693
312-902-5622
Fax : 312-902-1061
Email: daniel-shapiro@kattenlaw.com
*TERMINATED: 01/21/2020*

**Patrick Malley Smith**
Katten Muchin Rosenman LLP (IL-NA)
525 W. Monroe St., Ste. 1600
Chicago, IL 60661-3693
312-902-5393
Fax : 312-902-1061
Email: patrick.smith@kattenlaw.com
*TERMINATED: 01/21/2020*

**Ross Lee Weiner**
Kirkland & Ellis LLP (NY-NA)
601 Lexington Ave
New York, NY 10022
212-446-4976
Fax : 212-446-6460
Email: ross.weiner@kirkland.com
*TERMINATED: 01/21/2020*

| Filing Date | Docket Text |
|---|---|
| 05/07/2018 | 🌐 1 Adversary case 18-03069. ORDER Referring Civil Case 3:18-cv-00714-n from Northern District of Texas, U.S. District Court, Dallas Division and COMPLAINT WITH JURY DEMAND filed by by Darlene Gibbs , Stephanie Edwards , Lula Williams , Patrick Inscho , Lawrence Mwethuku against Kenneth Rees , Think Finance, Inc. , Think Finance |

| | |
|---|---|
| | SPV LLC , TC Decison Sciences LLC , TC Loan Service LLC , Tail Wind Marketing, LLC , GPL Servicing . Fee Amount $350 (Attachments: # 1 Complaint # 2 Civil Cover Sheet # 3 Exhibit March 11, 2011 Term Sheet # 4 Exhibit Plain Green Loan Agreement # 5 Exhibit Great Plain Loan Agreement # 6 DISTRICT COURT DOCKET SHEET). Nature(s) of suit: 91-Declaratory judgment and 01-Determination of removed claim of cause. (Mathews, M.) MODIFIED text to correct nature of suit on 5/11/2018 (Banks, Courtney). |
| 05/08/2018 | 2 Summons Issued as to GPL Servicing, Kenneth Rees, TC Decision Sciences, LLC, Tailwind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. NOTICE TO ATTORNEY: Remove Header and print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. [ORIGINALLY FILED IN VIRGINA EASTERN ON 5/19/2017] (Mathews, M.) |
| 05/08/2018 | 3 Summons Issued as to TC Loan Service, LLC. NOTICE TO ATTORNEY: Removed header and print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 05/19/2017]. (Mathews, M.) |
| 05/08/2018 | 4 Summons Returned Executed SEE: Waivers of Service 6 Executed by GPL Servicing; Kenneth Rees; TC Decision Sciences, LLC; TC Loan Service, LLC; Tail Wind Marketing, LLC; Think Finance SPV, LLC; Think Finance, Inc., (tjoh, ) Modified on 6/20/2017 to correct text. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 06/06/2017] (Mathews, M.) |
| 05/08/2018 | 5 WAIVER OF SERVICE Returned Executed by Kenneth Rees. Kenneth Rees waiver sent on 5/31/2017, answer due 7/31/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 06/08/2017] (Mathews, M.) |
| 05/08/2018 | 6 WAIVER OF SERVICE Returned Executed by Lula Williams, Stephanie Edwards, Patrick Inscho, Darlene Gibbs, Lawrence Mwethuku. GPL Servicing waiver sent on 6/5/2017, answer due 8/4/2017; TC Decision Sciences, LLC waiver sent on 5/31/2017, answer due 7/31/2017; TC Loan Service, LLC waiver sent on 5/31/2017, answer due 7/31/2017; Tail Wind Marketing, LLC waiver sent on 5/31/2017, answer due 7/31/2017; Think Finance SPV, LLC waiver sent on 5/31/2017, answer due 7/31/2017; Think Finance, Inc. waiver sent on 5/31/2017, answer due 7/31/2017. (Attachments: # 1 letters) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 06/19/2017] (Mathews, M.) |
| 05/08/2018 | 7 MOTION for Extension of Time to File Answer by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Agreed Order))(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 07/31/2017] (Mathews, M.) |
| 05/08/2018 | 8 Financial Interest Disclosure Statement (Local Rule 7.1) by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 07/31/2017] (Mathews, M.) |
| 05/08/2018 | 9 MOTION for Extension of Time to File Answer by Kenneth Rees. (Attachments: # 1 Exhibit 1 (Proposed Agreed Order))(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 07/31/2017] (Mathews, M.) |
| 05/08/2018 | 10 So Ordered. Agreed Order re 9 MOTION for Extension of Time to File Answer filed |

| | by Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/01/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/01/2017] (Mathews, M.) |
|---|---|
| 05/08/2018 | 🔵 11 So Ordered. Agreed Order re 7 MOTION for Extension of Time to File Answer filed by Think Finance, Inc., TC Decision Sciences, LLC, Tail Wind Marketing, LLC, TC Loan Service, LLC, Think Finance SPV, LLC. Signed by District Judge M. Hannah Lauck on 08/01/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/01/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 12 Consent MOTION for Extension of Time to File Answer as to 1 Complaint, by GPL Servicing. (Fratkin, Bryan) (Additional attachment(s) added on 8/7/2017: # 1 Exhibit 1) (Main Document 12 replaced to separate attachment and correct docket entry on 8/7/2017) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/04/2017] (Mathews, M.) Additional attachment(s) added on 5/8/2018 (Mathews, M.). |
| 05/08/2018 | 🔵 13 Corporate Disclosure Statement by GPL Servicing. (Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/04/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 14 SO ORDERED re: 12 Motion for Extension of Time to Answer; GPL Servicing answer due 8/11/2017. Signed by District Judge M. Hannah Lauck on 08/07/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 15 NOTICE of Appearance by Ashley Partin Peterson on behalf of GPL Servicing (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 16 MOTION to Compel Arbitration by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 17 Memorandum in Support re 16 MOTION to Compel Arbitration filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Declaration of Stephen Smith, # 2 Exhibit 1, # 3 Exhibit 3, # 4 Exhibit 2, # 5 Exhibit 4, # 6 Exhibit 5)(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 19 Memorandum in Support re 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Declaration of David N. Anthony, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🔵 20 MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of |

| | Jurisdiction by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
|---|---|
| 05/08/2018 | 🌐 21 Memorandum in Support re 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 22 MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 23 Memorandum in Support re 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Kenneth Rees. (Attachments: # 1 Affidavit of Kenneth E. Rees)(Anthony, David)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 24 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 25 Memorandum in Support re 24 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 26 MOTION to Compel Arbitration by Kenneth Rees. (Anthony, David)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 27 Memorandum in Support re 26 MOTION to Compel Arbitration filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 28 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 29 DOCKETED IN ERROR. SEE DOCUMENT 32 .Memorandum in Support re 28 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion filed by Kenneth Rees. (Anthony, David) Modified on 8/8/2017 to correct text. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 30 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 31 Memorandum in Support re 30 MOTION to Transfer Case or in the Alternative, Stay |

| | Proceedings Pursuant to the First-to-File Rule filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
|---|---|
| 05/08/2018 | ⊙ 32 Memorandum in Support re 28 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion (Corrected) filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/07/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 33 NOTICE of Appearance by Matthew Owen Gatewood on behalf of TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc. (Gatewood, Matthew)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/08/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 34 Motion to appear Pro Hac Vice by Patrick Malley Smith and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654992. by GPL Servicing. (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/08/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 35 Motion to appear Pro Hac Vice by Daniel Peter Shapiro and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654994. by GPL Servicing. (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/08/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 36 Motion to appear Pro Hac Vice by Dawn Marie Canty and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654996. by GPL Servicing. (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/08/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 37 Motion to appear Pro Hac Vice by J Matthew Haws and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654997. by GPL Servicing. (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/08/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 38 Motion to appear Pro Hac Vice by Jonathan Peter Boughrum and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656245. by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/09/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 39 Motion to appear Pro Hac Vice by Richard Lawrence Scheff and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656304. by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/09/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 40 Motion to appear Pro Hac Vice by David Foster Herman and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656316. by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/09/2017] (Mathews, M.) |
| 05/08/2018 | ⊙ 41 Motion to appear Pro Hac Vice by Lewis Steven Wiener and Certification of Local |

CM/ECF Bankruptcy Court - Northern District of Texas

| | |
|---|---|
| | Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656333. by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/09/2017] (Mathews, M.) |
| 05/08/2018 | 42 Motion to appear Pro Hac Vice by Kymberly Kochis and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5658285. by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/10/2017] (Mathews, M.) |
| 05/08/2018 | 43 ORDER granting 34 Motion for Pro hac vice Appointed Patrick Malley Smith for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/11/2017] (Mathews, M.) |
| 05/08/2018 | 44 ORDER granting 35 Motion for Pro hac vice Appointed Daniel Peter Shapiro for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017.[ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/11/2017] (Mathews, M.) |
| 05/08/2018 | 45 ORDER granting 37 Motion for Pro hac vice Appointed J Matthew Haws for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/11/2017] (Mathews, M.) |
| 05/08/2018 | 46 ORDER granting 36 Motion for Pro hac vice Appointed Dawn Marie Canty for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/11/2017] (Mathews, M.) |
| 05/08/2018 | 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration by GPL Servicing. (Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/11/2017] (Mathews, M.) |
| 05/08/2018 | 48 Memorandum in Support re 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration filed by GPL Servicing. (Attachments: # 1 Exhibit A)(Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/11/2017] (Mathews, M.) |
| 05/08/2018 | 49 ORDER granting 41 Motion for Pro hac vice Appointed Lewis Steven Wiener for TC Decision Sciences, LLC,Lewis Steven Wiener for TC Loan Service, LLC,Lewis Steven Wiener for Tail Wind Marketing, LLC,Lewis Steven Wiener for Think Finance SPV, LLC,Lewis Steven Wiener for Think Finance, Inc. Signed by District Judge M. Hannah Lauck on 08/14/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/14/2017] (Mathews, M.) |
| 05/08/2018 | 50 ORDER granting 38 Motion for Pro hac vice Appointed Jonathan Peter Boughrum for Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/14/2017.[ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/14/2017] (Mathews, M.) |
| 05/08/2018 | 51 ORDER granting 40 Motion for Pro hac vice Appointed David Foster Herman for Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/14/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/14/2017] (Mathews, M.) |

US Bankruptcy Court - Northern District of Texas

| | |
|---|---|
| 05/08/2018 | **52** ORDER granting 39 Motion for Pro hac vice Appointed Richard Lawrence Scheff for Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/14/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/14/2017] (Mathews, M.) |
| 05/08/2018 | **53** ORDER granting 42 Motion for Pro hac vice Appointed Kymberly Kochis for TC Decision Sciences, LLC,Kymberly Kochis for TC Loan Service, LLC,Kymberly Kochis for Tail Wind Marketing, LLC,Kymberly Kochis for Think Finance SPV, LLC,Kymberly Kochis for Think Finance, Inc. Signed by District Judge M. Hannah Lauck on 08/15/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/16/2017] (Mathews, M.) |
| 05/08/2018 | **54** Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Compel Arbitration, 30 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction , 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/18/2017] (Mathews, M.) |
| 05/08/2018 | **55** Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 28 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion, 26 MOTION to Compel Arbitration, 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/18/2017] (Mathews, M.) |
| 05/08/2018 | **56** Consent MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/18/2017] (Mathews, M.) |
| 05/08/2018 | **57** ORDER. The Court GRANTS the First Consent Motion 54 , the Second Consent Motion 55 , and the Third Consent Motion 56 . Plaintiffs SHALL file their responses as follows: Plaintiffs SHALL file their response to the Think Finance Motions (ECF Nos. 16, 18, 20, 30) by close of business September 11, 2017; Plaintiffs SHALL file their response to the Rees Motions, (ECF Nos. 22, 24, 26, 28) by close of business September 11, 2017; and Plaintiffs SHALL file their responses to GPL Motion (ECF No. 47) by close of business September 15, 2017. Signed by District Judge M. Hannah Lauck on 08/21/2017. (tjoh, ) Modified to correct docket text on 8/21/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/21/2017] (Mathews, M.) |
| 05/08/2018 | **58** Joint MOTION for Protective Order by Kenneth Rees, TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Stipulated Protective Order))(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/25/2017] (Mathews, M.) |

US Bankruptcy Court - Northern District of Texas

| | |
|---|---|
| 05/08/2018 | 🌐 59 AMENDED Financial Interest Disclosure Statement (Local Rule 7.1) by GPL Servicing. (Fratkin, Bryan). Modified docket entry on 08/31/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 08/30/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 60 STIPULATED PROTECTIVE ORDER. SEE ORDER FOR DETAILS. Signed by District Judge M. Hannah Lauck on 09/05/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/05/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 61 Memorandum in Opposition re 26 MOTION to Compel Arbitration, 16 MOTION to Compel Arbitration filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/11/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 62 Memorandum in Opposition re 28 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion, 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/11/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 63 Memorandum in Opposition re 24 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 30 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/11/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 64 Memorandum in Opposition re 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - November 2016 Hearing Transcript)(Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/11/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 65 Memorandum in Opposition re 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/11/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 66 Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Compel Arbitration, 30 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction , 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Proposed Agreed Order)(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/14/2017] (Mathews, M.) |
| 05/08/2018 | 🌐 67 Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 28 |

| | MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion, 26 MOTION to Compel Arbitration, 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction by Kenneth Rees. (Attachments: # 1 Proposed Agreed Order)(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/14/2017] (Mathews, M.) |
|---|---|
| 05/08/2018 | 68 Memorandum in Opposition re 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - Flow of Funds Overview, # 2 Exhibit 2 - May 2012 E-mail Correspondence, # 3 Exhibit 3 - Jan. 2011 Powerpoint) (Kelly, Kristi)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/15/2017] (Mathews, M.) |
| 05/08/2018 | 69 Consent MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration by GPL Servicing. (Attachments: # 1 Exhibit 1)(Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/19/2017] (Mathews, M.) |
| 05/08/2018 | 70 ORDER granting 69 Motion for Extension of Time to File Reply. GPL SHALL file its Reply to Plaintiffs' Response in Opposition to GPL's Motion to Dismiss no later than close of business October 5, 2017. It is so ORDERED. Signed by District Judge M. Hannah Lauck on 09/21/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/21/2017] (Mathews, M.) |
| 05/08/2018 | 71 ORDER granting 67 Motion for Extension of Time to File Response/Reply. Responses due by 10/2/2017. Signed by District Judge M. Hannah Lauck on 09/25/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/25/2017] (Mathews, M.) |
| 05/08/2018 | 72 ORDER. The Think Finance Defendants SHALL file all Replies to the responsive pleadings listed in this Order no later than close of business October 2, 2017. SEE ORDER FOR DETAILS. Signed by District Judge M. Hannah Lauck on 09/25/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/25/2017] (Mathews, M.) |
| 05/08/2018 | 73 NOTICE of Appearance by Casey Shannon Nash on behalf of Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Nash, Casey) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/28/2017] (Mathews, M.) |
| 05/08/2018 | 74 Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Compel Arbitration, 30 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction , 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Proposed Order) (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/29/2017] (Mathews, M.) |
| 05/08/2018 | 75 Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION to |

| | |
|---|---|
| | Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule, 28 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion, 26 MOTION to Compel Arbitration, 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction by Kenneth Rees. (Attachments: # 1 Proposed Order)(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 09/29/2017] (Mathews, M.) |
| 05/08/2018 | 76 ORDER. The Court GRANTS the Motion for Extension of Time to File Response 74 . The Think Finance Defendants SHALL file all Replies to the responsive pleadings listed above no later than close of business October 6, 2017. Signed by District Judge M. Hannah Lauck on 10/02/2017. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/02/2017] (Mathews, M.) |
| 05/08/2018 | 77 ORDER. The Court GRANTS the Consent Motion for Extension of Time to File Response/Reply 75 . Rees SHALL file all Replies to the responsive pleadings listed above no later than close of business October 6, 2017. Signed by District Judge M. Hannah Lauck on 10/02/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/02/2017] (Mathews, M.) |
| 05/08/2018 | 78 Consent MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration by GPL Servicing. (Attachments: # 1 Exhibit 1)(Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/03/2017] (Mathews, M.) |
| 05/08/2018 | 79 AGREED ORDER. It is ORDERED that GPLS's Motion for an Extension of Time is GRANTED. GPLS shall file its reply memorandum in support of the Motion on or before October 9, 2017. Signed by District Judge M. Hannah Lauck on 10/04/2017 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/04/2017] (Mathews, M.) |
| 05/08/2018 | 80 Financial Interest Disclosure Statement (Local Rule 7.1) by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/06/2017] (Mathews, M.) |
| 05/08/2018 | 81 REPLY to Response to Motion re 16 MOTION to Compel Arbitration filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/06/2017] (Mathews, M.) |
| 05/08/2018 | 82 REPLY to Response to Motion re 18 MOTION to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Declaration of D. Anthony, # 2 Exhibit 1 (Part I), # 3 Exhibit 1 (Part II), # 4 Exhibit 2)(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/06/2017] (Mathews, M.) |
| 05/08/2018 | 83 REPLY to Response to Motion re 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. |

| | (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/06/2017] (Mathews, M.) |
|---|---|
| 05/08/2018 | 84 REPLY to Response to Motion re 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/06/2017] (Mathews, M.) |
| 05/08/2018 | 85 REPLY to Response to Motion re 24 MOTION to Transfer Case or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/06/2017] (Mathews, M.) |
| 05/08/2018 | 86 REPLY to Response to Motion re 47 MOTION to Dismiss for Lack of Jurisdiction or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration filed by GPL Servicing. (Attachments: # 1 Exhibit A)(Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/09/2017] (Mathews, M.) |
| 05/08/2018 | 87 SUGGESTION OF BANKRUPTCY Upon the Record by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 10/25/2017] (Mathews, M.) |
| 05/08/2018 | 88 NOTICE by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 87 Suggestion of Bankruptcy Plaintiffs' Notice Regarding Partial Stay (Attachments: # 1 Exhibit "A")(Bennett, Leonard)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 01/05/2018] (Mathews, M.) |
| 05/08/2018 | 89 MOTION for Protective Order Enforcement by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/01/2018] (Mathews, M.) |
| 05/08/2018 | 90 Memorandum in Support re 89 MOTION for Protective Order Enforcement filed by Kenneth Rees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Anthony, David)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/01/2018](Mathews, M.) |
| 05/08/2018 | 91 Response to 88 NOTICE filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/02/2018] (Mathews, M.) |
| 05/08/2018 | 92 MOTION to Transfer Case Under 28 U.S.C. § 1412 by Kenneth Rees. (Anthony, David)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/02/2018] (Mathews, M.) |
| 05/08/2018 | 93 Memorandum in Support re 92 MOTION to Transfer Case Under 28 U.S.C. § 1412 filed by Kenneth Rees. (Attachments: # 1 Exhibit A (Inscho Adversary Complaint (TX)), # 2 Exhibit B (Banks Adversary Complaint (TX)), # 3 Exhibit C (Browne Adversary Complaint (TX)), # 4 Exhibit D (Think Motion to Transfer Venue [PA]), # 5 Exhibit E (Indemnification Agreement))(Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/02/2018] (Mathews, M.) |
| 05/08/2018 | 94 MOTION for Leave to File Supplemental Authority by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/02/2018] (Mathews, M.) |

| 05/08/2018 | 🌐 95 Memorandum in Support re 94 MOTION for Leave to File Supplemental Authority filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - Memorandum Opinion in Pennsylvania v. Think Finance, # 2 Exhibit 2 - Finding of Fact and Conclusion of Law in CFPB v. CashCall)(Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/02/2018] (Mathews, M.) |
|---|---|
| 05/08/2018 | 🌐 96 Motion to appear Pro Hac Vice by Ross Lee Weiner and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5933751. by GPL Servicing. (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 97 Motion to appear Pro Hac Vice by Aaron Harvey Marks and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5933760. by GPL Servicing. (Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 98 MOTION to Certify Class Claims Against Defendants Kenneth Rees and GPL Servicing, Ltd. by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 99 REDACTED Memorandum in Support re 98 MOTION to Certify Class Claims Against Defendants Kenneth Rees and GPL Servicing, Ltd. filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Kelly, Kristi) Modified on 2/7/2018 to correct tex (Attachments: # 1 Exhibits # 2 Exhibits) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 100 MOTION to Seal by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi)[ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018](Mathews, M.) |
| 05/08/2018 | 🌐 101 Notice of Filing Sealing Motion LCvR5(C) by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 100 MOTION to Seal (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 102 Sealed Memorandum in Support re 100 MOTION to Seal . (Kelly, Kristi) (SEALED DOCUMENT, NO PDF) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) (Mathews, M.). |
| 05/08/2018 | 🌐 103 Sealed Attachment/Exhibit(s) re 100 MOTION to Seal . (Kelly, Kristi) (SEAL DOCUMENT; NO PDF) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 104 Memorandum in Support re 100 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/06/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 105 RESPONSE in Opposition re 89 MOTION for Protective Order Enforcement filed by |

| | Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit to be filed under seal)(Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
|---|---|
| 05/08/2018 | 106 MOTION to Seal by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard)) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 107 Notice of Under Seal Filing LCvR5 (B) by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 106 MOTION to Seal (Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 108 Sealed Attachment/Exhibit(s) re 106 MOTION to Seal . (Bennett, Leonard) (SEALED DOCUMENT; NO PDF) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 109 Memorandum in Support re 106 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 110 Memorandum in Opposition re 92 MOTION to Transfer Case Under 28 U.S.C. § 1412 filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit "1")(Bennett, Leonard) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 111 MOTION to Transfer Case Under 28 U.S.C. § 1412 by GPL Servicing. (Attachments: # 1 Exhibit 1)(Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 112 Memorandum in Support re 111 MOTION to Transfer Case Under 28 U.S.C. § 1412 filed by GPL Servicing. (Attachments: # 1 Exhibit 1)(Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/09/2018] (Mathews, M.) |
| 05/08/2018 | 113 REPLY to Response to Motion re 92 MOTION to Transfer Case Under 28 U.S.C. § 1412 filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/15/2018] (Mathews, M.) |
| 05/08/2018 | 114 ORDER granting 96 Motion for Pro hac vice Appointed Ross Lee Weiner for GPL Servicing. Signed by District Judge M. Hannah Lauck on 02/15/2018. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/15/2018] (Mathews, M.) |
| 05/08/2018 | 115 ORDER granting 97 Motion for Pro hac vice Appointed Aaron Harvey Marks for GPL Servicing. Signed by District Judge M. Hannah Lauck on 02/15/2018 [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/15/2018] (Mathews, M.) |
| 05/08/2018 | 116 REPLY to Response to Motion re 89 MOTION for Protective Order Enforcement filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/15/2018] (Mathews, M.) |
| 05/08/2018 | 117 RESPONSE to Motion re 106 MOTION to Seal filed by Kenneth Rees. (Anthony, David) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/15/2018] (Mathews, M.) |

| | |
|---|---|
| 05/08/2018 | 118 NOTICE of Appearance by Timothy James St. George on behalf of Kenneth Rees, TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc. (St. George, Timothy) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/16/2018] (Mathews, M.) |
| 05/08/2018 | 119 Consent MOTION for Extension of Time to File Response/Reply as to 98 MOTION to Certify Class Claims Against Defendants Kenneth Rees and GPL Servicing, Ltd. and for Entry of an Order Establishing Deadlines Related to Plaintiffs' Motion for Class Certification by GPL Servicing. (Attachments: # 1 Exhibit 1)(Fratkin, Bryan) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/19/2018] (Mathews, M.) |
| 05/08/2018 | 120 AGREED ORDER granting 119 Motion for Extension of Time to File Response/Reply. SEE ORDER FOR DETAILS. Signed by District Judge M. Hannah Lauck on 02/21/2018. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/21/2018] (Mathews, M.) |
| 05/08/2018 | 121 MOTION to Seal by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order, # 2 Exhibit 2 - Substitute Memorandum)(Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/21/2018] (Mathews, M.) |
| 05/08/2018 | 122 Notice of Filing Sealing Motion LCvR5(C) by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 121 MOTION to Seal (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/21/2018] (Mathews, M.) |
| 05/08/2018 | 123 Memorandum in Support re 121 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/21/2018] (Mathews, M.) |
| 05/08/2018 | 124 Rebuttal Brief re 106 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/21/2018] (Mathews, M.) |
| 05/08/2018 | 125 Memorandum in Opposition re 111 MOTION to Transfer Case Under 28 U.S.C. § 1412 filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/23/2018] (Mathews, M.) |
| 05/08/2018 | 126 Minute Entry for proceedings held before District Judge M. Hannah Lauck:Status Conference held on 2/28/2018. regarding status of bankruptcy, TX cases, Florida cases. Matter taken under advisement. (Court Reporter Diane Daffron, OCR.) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 02/28/2018] (Mathews, M.) |
| 05/08/2018 | 127 REPLY to Response to Motion re 111 MOTION to Transfer Case Under 28 U.S.C. § 1412 filed by GPL Servicing. (Attachments: # 1 Exhibit A)(Peterson, Ashley) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 03/01/2018] (Mathews, M.) |
| 05/08/2018 | 128 TRANSCRIPT of proceedings held on February 28, 2018, before Judge M. Hannah Lauck, Court Reporter Diane Daffron, Telephone number 804 916-2893. NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the |

U.S. Bankruptcy Court - Northern District of Texas

| | |
|---|---|
| | transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 4/2/2018. Redacted Transcript Deadline set for 5/3/2018. Release of Transcript Restriction set for 6/1/2018.(NO PDF) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 03/03/2018](daffron, diane) (Mathews, M.) |
| 05/08/2018 | 129 MOTION for Leave to File Supplemental Authority by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 03/13/2018] (Mathews, M.) |
| 05/08/2018 | 130 Memorandum in Support re 129 MOTION for Leave to File Supplemental Authority filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - Martorello's Brief, # 2 Exhibit 2 - Williams Order) (Kelly, Kristi) [ORIGINALLY FILED IN VIRGINIA EASTERN ON 03/13/2018] (Mathews, M.) |
| 05/08/2018 | 131 MEMORANDUM OPINION. Signed by District Judge M. Hannah Lauck on 03/23/2018.[ORIGINALLY FILED IN VIRGINIA EASTERN ON 03/23/2018] (Mathews, M.) |
| 05/08/2018 | 132 ORDER. For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Kenneth Rees's Motion to Transfer Case Under 28 U.S.C. § 1412, (ECF No. 92), and Defendant GPL Servicing's Motion to Transfer Case Under 28 U.S.C. § 1412, (ECF No. 111). he Court DENIES AS MOOT Rees's Motion to Transfer Case Pursuant to the First -to-File Rule. (ECF No. 24.) The Court TRANSFERS this action to the District Court for the Northern District of Texas. Signed by District Judge M. Hannah Lauck on 03/23/2018. [ORIGINALLY FILED IN VIRGINIA EASTERN ON 03/23/2018] (Mathews, M.) |
| 05/08/2018 | 133 Case electronically transferred in from District of Virginia Eastern; Case Number 3:17-cv-00386. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. Copy of NEF to be sent US Mail to parties not electronically notice [ORIGINALLY FILED IN U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF TEXAS ON 03/26/2018] (Mathews, M.) |
| 05/08/2018 | 134 New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. [ORIGINALLY FILED IN U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF TEXAS ON 03/26/2018] (Mathews, M.) |
| 05/08/2018 | 135 Agreed MOTION to Remand to Bankruptcy Court filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Attachments: # 1 Proposed Order, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C) (Bartholow, Thad) [ORIGINALLY FILED IN U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF TEXAS ON 04/23/2018] (Mathews, M.) |

| | |
|---|---|
| 05/08/2018 | 🌐 136 NOTICE of Attorney Appearance by Thad Bartholow on behalf of Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Filer confirms contact info in ECF is current.) (Bartholow, Thad) [ORIGINALLY FILED IN U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF TEXAS ON 04/23/2018] (Mathews, M.) |
| 05/08/2018 | 🌐 137 ORDER granting 135 Motion to Remand to Bankruptcy Court. This matter is REFERRED to Judge Harlan D. Hale of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, to be adjudicated as a matter related to the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964, and it is further ORDERED that the Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is hereby referred are directed to take such actions as are necessary and appropriate to cause this matter to be docketed as an Adversary Proceeding associated with the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964. (Ordered by Judge David C Godbey on 5/1/2018) [ORIGINALLY FILED IN U.S. DISTRICT COURT FOR NORTHERN DISTRICT OF TEXAS ON 05/01/2018] (Mathews, M.) |
| 05/09/2018 | 🌐 138 Notice of deficiency. Adversary Cover Sheet due 5/11/2018. (Mathews, M.) |
| 05/09/2018 | 🌐 139 Acknowledgment of case received from another district, U.S. District Court of Northern Texas, Dallas division, 18-CV-00714-N. |
| 05/10/2018 | 🌐 140 Adversary proceeding cover sheet filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (RE: related document(s)1 Complaint, 138 Notice of deficiency). (Bartholow, Theodore) |
| 05/10/2018 | 🌐 141 Notice of hearing filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (RE: related document(s)1 Complaint filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho). Status Conference to be held on 6/19/2018 at 01:30 PM at Dallas Judge Hale Ctrm. (Bartholow, Theodore) |
| 05/11/2018 | 🌐 142 BNC certificate of mailing. (RE: related document(s)138 Notice of deficiency. Adversary Cover Sheet due 5/11/2018. (Mathews, M.)) No. of Notices: 1. Notice Date 05/11/2018. (Admin.) |
| 06/19/2018 | 🌐 Status Conference held on 6/19/2018 (RE: related document(s)1 Adversary case 18-03069. ORDER Referring Civil Case 3:18-cv-00714-n from Northern District of Texas, U.S. District Court, Dallas Division and COMPLAINT WITH JURY DEMAND filed by by Darlene Gibbs, Stephanie Edwards, Lula Williams, Patrick Inscho, Lawrence Mwethuku against Kenneth Rees, Think Finance, Inc., Think Finance SPV LLC, TC Decison Sciences LLC, TC Loan Service LLC, Tail Wind Marketing, LLC , GPL Servicing) (AGREED STAY UNTIL MEDIATION CONCLUDED) (Bergreen, J.) (Entered: 06/20/2018) |
| 06/20/2018 | 🌐 143 Request for transcript regarding a hearing held on 6/19/2018. The requested turn-around time is hourly (Green, Shanette) |
| 06/24/2018 | 🌐 144 Transcript regarding Hearing Held 06/19/2018 (193 pages) RE: Status Conference. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 09/24/2018. Until that time the transcript may be viewed at the Clerk's Office or a |

| | |
|---|---|
| | copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) Status Conference held on 6/19/2018 (RE: related document(s)1 Adversary case 18-03069. ORDER Referring Civil Case 3:18-cv-00714-n from Northern District of Texas, U.S. District Court, Dallas Division and COMPLAINT WITH JURY DEMAND filed by Darlene Gibbs, Stephanie Edwards, Lula Williams, Patrick Inscho, Lawrence Mwethuku against Kenneth Rees, Think Finance, Inc., Think Finance SPV LLC, TC Decison Sciences LLC, TC Loan Service LLC, Tail Wind Marketing, LLC, GPL Servicing) (AGREED STAY UNTIL MEDIATION CONCLUDED) (Bergreen, J.)). Transcript to be made available to the public on 09/24/2018. (Rehling, Kathy) |
| 11/16/2018 | ⊕ 145 Notice *Status Report* filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Bartholow, Theodore) |
| 01/07/2019 | ⊕ 146 Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. R. Civ. P. 42(b) filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Attachments: # 1 Proposed Order) (Bartholow, Theodore) MODIFIED text to match PDF on 1/8/2019 (Banks, Courtney). |
| 01/17/2019 | ⊕ 147 Objection to (related document(s): 146 Motion for leave *Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. R. Civ. P. 42(b)* filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho) *(Objection of the Debtors and Debtors-In-Possession to Plaintiffs' Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. Civ. P. 42(B))* filed by Defendants TC Decison Sciences LLC, TC Loan Service LLC, Tailwind Marketing, LLC, Think Finance SPV LLC, Think Finance, Inc.. (Hesse, Gregory) |
| 01/21/2019 | ⊕ 148 Reply to (related document(s): 147 Objection filed by Defendant Think Finance, Inc., Defendant Tailwind Marketing, LLC, Defendant Think Finance SPV LLC, Defendant TC Decison Sciences LLC, Defendant TC Loan Service LLC) filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Bartholow, Theodore) |
| 01/22/2019 | ⊕ 149 Affidavit of service re: Objection to Motion filed by Defendants TC Decison Sciences LLC, TC Loan Service LLC, Tailwind Marketing, LLC, Think Finance SPV LLC, Think Finance, Inc. (RE: related document(s)147 Objection). (Hesse, Gregory) MODIFIED text to match PDF on 1/22/2019 (Banks, Courtney). |
| 01/22/2019 | ⊕ 150 Motion to appear pro hac vice for Richard W. Engel, Jr.. Fee Amount $25 filed by Defendant Kenneth Rees (Acosta, H) |
| 01/22/2019 | Receipt of filing fee for Motion to Appear pro hac vice(18-03069-hdh) [motion,mprohac] ( 25.00). Receipt number 26101956, amount $ 25.00 (re: Doc# 150). (U.S. Treasury) |
| 01/28/2019 | ⊕ 151 Objection to (related document(s): 146 Motion for leave *Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. R. Civ. P. 42(b)* filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho) filed by Defendant Kenneth Rees. (Acosta, H) |
| 01/29/2019 | ⊕ 152 Order granting motion to appear pro hac vice adding Richard W. Engel, Jr. for Kenneth Rees (related document # 150) Entered on 1/29/2019. (Taylor, A) |

US Bankruptcy Court Northern District of Texas

| | |
|---|---|
| 01/31/2019 | ☺ 153 BNC certificate of mailing - PDF document. (RE: related document(s)152 Order granting motion to appear pro hac vice adding Richard W. Engel, Jr. for Kenneth Rees (related document 150) Entered on 1/29/2019.) No. of Notices: 2. Notice Date 01/31/2019. (Admin.) |
| 02/04/2019 | ☺ 154 Notice of hearing filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (RE: related document(s)146 Motion for leave filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho). Hearing to be held on 2/11/2019 at 10:30 AM Dallas Judge Hale Ctrm for 146, (Bartholow, Theodore) |
| 02/07/2019 | ☺ 155 Notice *(Proposed Agenda for Hearing on February 11, 2019, at 10:30 A.M. (Prevailing Central Time))* filed by Defendants TC Decison Sciences LLC, TC Loan Service LLC, Tailwind Marketing, LLC, Think Finance SPV LLC, Think Finance, Inc.. (Hesse, Gregory) |
| 02/11/2019 | ☺ 156 Affidavit of service re: filed by Defendants TC Decison Sciences LLC, TC Loan Service LLC, Tailwind Marketing, LLC, Think Finance SPV LLC, Think Finance, Inc. (RE: related document(s)155 Notice (generic)). (Hesse, Gregory) MODIFIED text to match PDF on 2/11/2019 (Banks, Courtney). |
| 02/11/2019 | ☺   Hearing held on 2/11/2019. (RE: related document(s)146 Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. R. Civ. P. 42(b) filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Bartholow, Theodore) MODIFIED text to match PDF on 1/8/2019 .) (CARRIED TO AFTER EITHER THE FILING OF A 9019 MOTION OR A PLAN AND DISCLOSURE STATEMENT WITH THE SETTLEMENT TERMS; AFTER EITHER ONE IS FILED, PLAINTIFF'S MAY GET QUICK STATUS CONFERENCE; NOT RULING ON THE PRESENT MOTIONS, SIMPLY CARRYING THEM SO YOU DON'T HAVE TO REFILE.) (Green, Shanette) (Entered: 02/12/2019) |
| 03/08/2019 | ☺ 157 Request for transcript regarding a hearing held on 2/11/2019. The requested turn-around time is daily (Green, Shanette) |
| 03/11/2019 | ☺ 158 Transcript regarding Hearing Held 02/11/2019 (26 pages) RE: Motion for Separate Trial. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 06/10/2019. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) Hearing held on 2/11/2019. (RE: related document(s)146 Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. R. Civ. P. 42(b) filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Bartholow, Theodore) MODIFIED text to match PDF on 1/8/2019.) (CARRIED TO AFTER EITHER THE FILING OF A 9019 MOTION OR A PLAN AND DISCLOSURE STATEMENT WITH THE SETTLEMENT TERMS; AFTER EITHER ONE IS FILED, PLAINTIFF'S MAY GET QUICK STATUS CONFERENCE; NOT RULING ON THE PRESENT MOTIONS, SIMPLY CARRYING THEM SO YOU DON'T HAVE TO REFILE.)). Transcript to be made available to the public on 06/10/2019. (Rehling, Kathy) |
| 01/21/2020 | ☺ 159 Notice of dismissal of Think Finance, Inc.; Think Finance SPV, LLC; TC Decision Sciences, LLC; TC Loan Service, LLC; Tailwind Marketing, LLC; TC Administrative |

Services, LLC; and GPL Servicing, Ltd. as a party(ies) in this case filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bartholow, Theodore)

| | |
|---|---|
| 02/04/2020 | 160 Order dismissing with prejudice claims against Defendants Think Finance, Inc.; Think Finance SPV, LLC; TC Decision Sciences, LLC; TC Loan Service, LLC; Tailwind Marketing, LLC; TC Administrative Services, LLC; and GPL Servicing, Ltd. (RE: related document(s)159 Notice of dismissal of party(ies) filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho). Entered on 2/4/2020 (Okafor, M.) |
| 02/06/2020 | 161 BNC certificate of mailing - PDF document. (RE: related document(s)160 Order dismissing with prejudice claims against Defendants Think Finance, Inc.; Think Finance SPV, LLC; TC Decision Sciences, LLC; TC Loan Service, LLC; Tailwind Marketing, LLC; TC Administrative Services, LLC; and GPL Servicing, Ltd. (RE: related document(s)159 Notice of dismissal of party(ies) filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho). Entered on 2/4/2020 (Okafor, M.)) No. of Notices: 16. Notice Date 02/06/2020. (Admin.) |
| 03/31/2020 | 162 Clerk's correspondence requesting Status of dkt #146, Motion for separate trial from attorney for defendant. (RE: related document(s)146 Motion for Separate Trial of Plaintiffs' Claims Against Defendant Kenneth Rees Pursuant to Fed. R. Civ. P. 42(b) filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Attachments: # 1 Proposed Order) (Bartholow, Theodore) MODIFIED text to match PDF on 1/8/2019 . filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho) Responses due by 4/15/2020.Court Services review on 4/17/2020. (Bergreen, J.) |
| 05/01/2020 | 163 Notice *Status Report* filed by Plaintiffs Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Bartholow, Theodore) |
| 06/24/2020 | 164 Motion for leave *[Kenneth Rees' Motion Requesting Joint Status Conference Pursuant to Bankruptcy Rule 7016]* filed by Defendant Kenneth Rees (Chevallier, John) |
| 07/01/2020 | 165 Order granting request for joint status conference (RE: related document(s)1 Complaint filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho). Status Conference to be held on 7/31/2020 at 09:00 AM at via WebEx Entered on 7/1/2020 (Okafor, M.) Modified text on 7/1/2020 (Okafor, M.). |
| 07/04/2020 | 166 BNC certificate of mailing - PDF document. (RE: related document(s)165 Order granting request for joint status conference (RE: related document(s)1 Complaint filed by Plaintiff Stephanie Edwards, Plaintiff Lula Williams, Plaintiff Lawrence Mwethuku, Plaintiff Darlene Gibbs, Plaintiff Patrick Inscho). Status Conference to be held on 7/31/2020 at 09:00 AM at via WebEx Entered on 7/1/2020 (Okafor, M.) Modified text on 7/1/2020 (Okafor, M.).) No. of Notices: 16. Notice Date 07/04/2020. (Admin.) |
| 07/31/2020 | 167 Hearing held on 7/31/2020. (RE: related document(s)1 Adversary case 18-03069. ORDER Referring Civil Case 3:18-cv-00714-n from Northern District of Texas, U.S. District Court, Dallas Division and COMPLAINT WITH JURY DEMAND filed by Darlene Gibbs , Stephanie Edwards , Lula Williams , Patrick Inscho , Lawrence Mwethuku against Kenneth Rees , Think Finance, Inc. , Think Finance SPV LLC , TC Decison Sciences LLC , |

| | |
|---|---|
| | TC Loan Service LLC , Tail Wind Marketing, LLC , GPL Servicing . Fee Amount $350 (Attachments: # 1 Complaint # 2 Civil Cover Sheet # 3 Exhibit March 11, 2011 Term Sheet # 4 Exhibit Plain Green Loan Agreement # 5 Exhibit Great Plain Loan Agreement # 6 DISTRICT COURT DOCKET SHEET). Nature(s) of suit: 91-Declaratory judgment and 01-Determination of removed claim of cause. (Mathews, M.) MODIFIED text to correct nature of suit on 5/11/2018 .) (TO BE TRANSFERRED.) (Green, Shanette) (Entered: 08/13/2020) |
| 08/27/2020 | 🌐 168 Request for transcript regarding a hearing held on 7/31/2020. The requested turn-around time is hourly (Green, Shanette) |
| 08/27/2020 | 🌐 169 Transcript regarding Hearing Held 07/31/2020 (13 pages) RE: Status Conference - Order Referring Case. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/25/2020. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 167 Hearing held on 7/31/2020. (RE: related document(s)1 Adversary case 18-03069. ORDER Referring Civil Case 3:18-cv-00714-n from Northern District of Texas, U.S. District Court, Dallas Division and COMPLAINT WITH JURY DEMAND filed by by Darlene Gibbs, Stephanie Edwards, Lula Williams, Patrick Inscho, Lawrence Mwethuku against Kenneth Rees, Think Finance, Inc., Think Finance SPV LLC, TC Decison Sciences LLC, TC Loan Service LLC, Tail Wind Marketing, LLC, GPL Servicing. Fee Amount $350 (Attachments: # 1 Complaint # 2 Civil Cover Sheet # 3 Exhibit March 11, 2011 Term Sheet # 4 Exhibit Plain Green Loan Agreement # 5 Exhibit Great Plain Loan Agreement # 6 DISTRICT COURT DOCKET SHEET). Nature(s) of suit: 91-Declaratory judgment and 01-Determination of removed claim of cause. (Mathews, M.) MODIFIED text to correct nature of suit on 5/11/2018.) (TO BE TRANSFERRED.)). Transcript to be made available to the public on 11/25/2020. (Rehling, Kathy) |
| 08/28/2020 | 🌐 170 Motion to transfer case to the Eastern District of Virginia, Richmond division. filed by Defendant Kenneth Rees (Chevallier, John) |
| 08/28/2020 | 🌐 171 Motion for expedited hearing(related documents 170 Motion to transfer case inter-district) filed by Defendant Kenneth Rees (Chevallier, John) (EXPEDITED SETTING GRANTED ORALLY; DKT #108 SET FOR HEARING ON 9/1/20 AT 2:00 PM VIA WEBEX) Modified on 8/28/2020 (Bergreen, J.). |
| 08/28/2020 | 🌐 172 Notice of hearing filed by Defendant Kenneth Rees (RE: related document(s)170 Motion to transfer case inter-district filed by Defendant Kenneth Rees). Hearing to be held on 9/1/2020 at 02:00 PM Dallas Judge Hale Ctrm for 170, (Chevallier, John) |
| 09/01/2020 | 🌐 173 Hearing held on 9/1/2020. (RE: related document(s)170 Motion to transfer case to the Eastern District of Virginia, Richmond division. filed by Defendant Kenneth Rees) (FINDINGS OF FACT CONCLUSIONS OF LAW; MOTION GRANTED.) (Green, Shanette) |
| 09/14/2020 | 🌐 174 Order granting motion to transfer case out of district to the United States District Court for the Eastern District of Virginia, Richmond Division. (related document # 170) Entered on 9/14/2020. (Okafor, M.) |

I hereby certify that the foregoing is a
true copy of the original thereof now in
my office this the _15th_ day of _September_
20_20_ at Dallas, Texas
Clerk, U. S. Bankruptcy Court
Northern District of Texas
By _Marcey Okafor_